No. 96–939.   BRANDT, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF SOUTHEAST BANKING CORP., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SOUTHEAST BANK, N. A., ET AL.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Atherton* v. *FDIC,* 519 U. S. 213 (1997).

No. A–598.   GESKE & SONS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–1764.   IN RE DISBARMENT OF MINCEY.   Disbarment entered.   [For earlier order herein, see 519 U. S. 1075.]

No. D–1765.   IN RE DISBARMENT OF FIORE.   Disbarment entered.   [For earlier order herein, see 519 U. S. 1075.]

No. D–1766.   IN RE DISBARMENT OF PITT.   Disbarment entered.   [For earlier order herein, see 519 U. S. 1075.]

No. D–1778.   IN RE DISBARMENT OF RUDD.   Jeffrey D. Rudd, of Roanoke, Va., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court.   The rule to show cause, issued on February 18, 1997 [519 U. S. 1105], is discharged.

No. D–1787.   IN RE DISBARMENT OF LEVY.   Gerald Levy, of Parsippany, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1788.   IN RE DISBARMENT OF AURIEMMA.   Robert C. Auriemma, of Towaco, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.